IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OHIO SECURITY INSURANCE COMPANY, : <br> As subrogee of Temple Beth El of Allentown, : <br> Inc., : <br> Plaintiff, : <br> : <br> v. : <br> : <br> MYERS POWER PRODUCTS, INC., : <br> Defendant. : | | CIVIL ACTION NO. 18-1438 |

## ORDER

**AND NOW**, this 23rd day of October, 2018, the parties having settled the above-captioned action, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement and without costs.

BY THE COURT:


By: */s/ Shana Restucci*
    Shana Restucci, Civil Deputy Clerk
    The Honorable Edward G. Smith
    Shana_Restucci@paed.uscourts.gov